EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

TRACY A. HINO #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ 00544 DAE |
| ) | |
| Plaintiff, ) | INFORMATION |
| ) | |
| vs. ) | 18 U.S.C. §§ 1344; |
| ) | 1029(a)(2), 1028(a)(7), |
| TONI E. FREITAS, ) | and (c)(3)(B) |
| ) | |
| Defendant. ) | |

INFORMATION

COUNT 1

The United States Attorney charges:

Introduction

1. At all times material to the Information, American Savings Bank was a "financial institution" as defined in Title 18, United States Code, Section 20.

2. At all times material to the Information, TONI E. FREITAS was employed by Pacific Century Trust ("PCT"), a division

of Bank of Hawaii ("BOH"), as an administrative assistant. PCT administered trusts on behalf of trust clients ("clients") and assessed fees to the clients equaling 1% of the market value of the trusts' assets.

3. As an administrative assistant, TONI E. FREITAS was responsible for the day-to-day financial operations of a number of trust accounts assigned to a trust officer. These day-to-day operations included, but were not limited to: opening mail addressed to clients, depositing checks received by clients into their trust accounts, paying bills for clients from their trust accounts, and handling correspondence on behalf of clients.

4. As an administrative assistant, TONI E. FREITAS also had considerable discretion in paying bills for clients from their trust accounts as long as the payment amount was less than $10,000. In these instances, TONI E. FREITAS had the sole discretion to authorize the payment of bills on behalf of clients by signing a "payment ticket" form and routing the "payment ticket" and the corresponding bill to the operations department for payment from the clients' trust account. Upon receiving the bill and the appropriate authorization (i.e., the "payment ticket"), the operations department would issue a check to pay the corresponding bill from funds drawn from the clients' trust account.

The Scheme to Defraud

5. From on or about March 28, 1996, to on or about August 6, 1998, in the District of Hawaii, TONI E. FREITAS, knowingly executed and attempted to execute a scheme and artifice to defraud American Savings Bank and to obtain any of the moneys and funds owned by, and under the custody and control of American Savings Bank, by means of material false or fraudulent pretenses, representations, and promises, as more fully set forth below.

6. It was part of the scheme and artifice to defraud American Savings Bank and to obtain any of the moneys and funds owned by, and under the custody and control of American Savings Bank by means of material false or fraudulent pretenses, representations, and promises, that TONI E. FREITAS, among other things, did the following:

a. Opened an American Savings Bank account to be the depository for funds that she intended to embezzle from clients;

b. Obtained the MBNA credit card, credit card "access checks" (also commonly referred to as "convenience checks"), and personal identification number mailed to husband and wife clients identified herein as "W.L." and "P.L." who were elderly, physically and mentally infirm, and residing in the Arcadia Retirement Residence;

c. Forged the signature of W.L. on the access checks and made the checks payable to "CASH";

3

   d. From on or about March 28, 1996, to on or about August 6, 1998, deposited 38 access checks totaling approximately $71,600 into her American Savings Bank account;

   e. Withdrew the funds from her American Savings Bank account and converted the funds to her own use by: 1) writing checks drawn on the American Savings Bank account made payable to cash which she deposited into her Bank of Hawaii bank account; 2) writing checks drawn on the American Savings Bank account made payable to various merchants; and 3) making automatic teller machine ("ATM") withdrawals from the American Savings Bank account.

   f. Authorized payment from W.L. and P.L.'s trust account to MBNA to cover the access checks that she deposited into her American Savings Bank account.

<u>Execution of the Scheme to Defraud</u>

   7. For the purpose of executing the scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of American Savings Bank by means of material false or fraudulent pretenses, representations, and promises, TONI E. FREITAS, executed and caused the scheme to be executed by depositing MBNA convenience checks made payable to "CASH" into her American Savings Bank

4

checking account and subsequently utilized these funds totaling approximately $71,600 for her own use as set forth below:

| Check # | Amount | Date Deposited |
|---|---|---|
| 475 | $2,300 | 11/24/96 |
| 8246 | $1,300 | 12/02/96 |
| 8651 | $2,000 | 12/09/96 |
| 8247 | $1,000 | 12/17/96 |
| 480 | $1,000 | 12/26/96 |
| 482 | $1,000 | 01/06/97 |
| 481 | $1,000 | 01/14/97 |
| 485 | $2,000 | 01/27/97 |
| 484 | $2,000 | 02/10/97 |
| 6041 | $2,000 | 03/03/97 |
| 488 | $2,000 | 03/17/97 |
| 491 | $2,000 | 03/31/97 |
| 4084 | $2,000 | 04/10/97 |
| 4086 | $2,000 | 05/05/97 |
| 4085 | $2,000 | 05/19/97 |
| 498 | $2,000 | 06/02/97 |
| 502 | $2,000 | 07/03/97 |
| 500 | $2,000 | 07/25/97 |
| 503 | $2,000 | 08/05/97 |
| 508 | $2,000 | 08/26/97 |
| 506 | $2,000 | 09/04/97 |
| 512 | $2,000 | 09/29/97 |
| 511 | $2,000 | 10/23/97 |
| 510 | $2,000 | 10/31/97 |
| 3147 | $2,000 | 11/17/97 |
| 7361 | $2,000 | 11/28/97 |
| 518 | $2,000 | 12/15/97 |
| 7362 | $2,000 | 12/23/97 |
| 516 | $2,000 | 01/06/98 |
| 1886 | $2,000 | 01/22/98 |
| 1887 | $2,000 | 02/10/98 |
| 260 | $2,000 | 03/01/98 |
| 261 | $2,000 | 03/13/98 |
| 528 | $2,000 | 03/27/98 |
| 4275 | $2,000 | 04/17/98 |
| 526 | $2,000 | 05/13/98 |
| 527 | $2,000 | 05/15/98 |
| 540 | $2,000 | 08/06/98 |

In violation of Title 18, United States Code, Section 1344.

## COUNT 2

The United States Attorney Further charges:

From on or about November 19, 2002, to on or about January 14, 2003, in the District of Hawaii, TONI E. FREITAS knowingly and with intent to defraud, used one or more unauthorized access devices, to wit: 1) First Hawaiian Bank Visa credit card; 2) American Savings Bank Visa credit card; and 3) Bank of Hawaii American Express credit card, during any one-year period, and by such conduct obtained anything of value aggregating $1,000 or more during that period, thereby having an affect on interstate commerce, as set forth below:

| Issuer & Credit Card | Total Charges |
|---|---|
| First Hawaiian Bank - Visa | $5,022.33 |
| American Savings Bank - Visa | $4,673.15 |
| Bank of Hawaii - American Express | $4,932.74 |

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 3

The United States Attorney Further charges:

From on or about November 1, 2002, to on or about November 18, 2002, in the District of Hawaii, TONI E. FREITAS did knowingly use, without lawful authority, a means of identification of another person, to wit: the name and social security number of a person identified herein as "A.M." with intent to commit and to aid and abet any unlawful activity that

constitutes a violation of federal law, to wit: access device fraud (Title 18, United States Code, Section 1029(a)(2)) as set forth in Count 2, and the means of identification was transported in the mail in the course of the use of the means of identification.

In violation of Title 18, United States Code, Sections 1028(a)(7) and (c)(3)(B).

DATED: __Nov. 19__, 2003 at Honolulu, Hawaii.

EDWARD H. KUBO
United States Attorney
District of Hawaii

_[signature]_
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_[signature]_
TRACY A. HINO
Assistant U.S. Attorney

United States v. TONI E. FREITAS
Cr. No. _____
"Information"